SCWC-13-0002125

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

RENE UMBERGER, MIKE NAKACHI, KAʻIMI KAUPIKO, WILLIE KAUPIKO, CONSERVATION COUNCIL FOR HAWAIʻI, THE HUMANE SOCIETY OF THE UNITED STATES, and CENTER FOR BIOLOGICAL DIVERSITY, Petitioners/Plaintiffs-Appellants,

vs.

DEPARTMENT OF LAND AND NATURAL RESOURCES, STATE OF HAWAIʻI, Respondent/Defendant-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-13-0002125; CIVIL NO. 12-1-2625-10 JHC)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioners/Plaintiffs-Appellants' Application for

Writ of Certiorari, filed on November 10, 2016, is hereby

accepted and will be scheduled for oral argument.  The parties will be notified by the appellate clerk regarding scheduling.

DATED: Honolulu, Hawaiʻi, December 20, 2016.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

